```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

```
CHASE ANDERSON ROMAGNANO,        :
                                 :
         Plaintiff,              :
vs.                              :   CIVIL ACTION 15-00108-WS-M
                                 :
JUDGE ROBERT SMITH, et al.,      :
                                 :
         Defendants.             :
```

ORDER

After due and proper consideration of the issues raised, and having considered Plaintiff's response (Doc. 13), the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A) is **ADOPTED** as the opinion of this Court.

It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 7th day of October, 2015.

                                        s/WILLIAM H. STEELE
                                        CHIEF UNITED STATES DISTRICT JUDGE