```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

CHASE ANDERSON ROMAGNANO,            :
                                     :
       Plaintiff,                   :
vs.                                  :  CIVIL ACTION 15-00108-WS-M
                                     :
JUDGE ROBERT SMITH, et al.,          :
                                     :
       Defendants.                  :

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that judgment be entered in favor of Defendants Judge Robert Smith, et al, and against Plaintiff Chase Anderson Romagnano.

DONE this 7th day of October, 2015.

                                          s/WILLIAM H. STEELE
                                          CHIEF UNITED STATES DISTRICT JUDGE